PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMADO ESTEVEZ, JR.,<br><br>Defendant. | CASE NO. 1:08-CR-00345-JLT<br><br>MOTION TO DISMISS INDICTMENT [FED. R. CRIM. PROC. 48(a)]; ORDER |
|---|---|

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Indictment in this case alleging a violation of 18 U.S.C. § 751(a) – Escape - as to the above-named defendant in the interest of justice. This request is made after consideration of defendant's motion to dismiss and the documentation submitted in support of the motion. Doc. 9.

The government further requests that the arrest warrant for defendant Estevez, if still outstanding, be recalled by the Court.

Dated: July 26, 2022                                      PHILLIP A. TALBERT
                                                                          United States Attorney


                                                                  By:   /s/ LAUREL J. MONTOYA
                                                                          LAUREL J. MONTOYA
                                                                          Assistant United States Attorney

///

///

MOTION TO DISMISS INDICTMENT; ORDER                                        1

**ORDER**

IT IS SO ORDERED that the Indictment be dismissed as to defendant Estevez, and that the arrest warrant be recalled.

IT IS SO ORDERED.

Dated:   **July 26, 2022**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE